IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFER ENGINEERING AND TECHNOLOGY CO., LTD., | ) ) ) |
| Plaintiff, | ) ) Case No. 1:20-cv-00050-RLY-DLP |
| v. | ) ) ) |
| KNAUF INSULATION, INC. | ) ) |
| Defendant. | ) |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Pursuant to Indiana Trial Rule 41(A)(1)(b), Plaintiff Jeffer Engineering and Technology Co., Ltd. and Defendant Knauf Insulation, Inc., by their respective counsel, having filed a Joint Stipulation of Dismissal with Prejudice, with each party agreeing to bear its own costs and expenses, including attorneys' fees and the Court having considered the Stipulation and being duly advised in the premises, now APPROVES said Stipulation, it appearing to be for good cause.

IT IS NOW THEREFORE ORDERED, ADJUDGED AND DECREED that the Stipulation is APPROVED, with all claims being hereby dismissed with prejudice, with each party to bear its own costs, including attorneys' fees.

SO ORDERED this 8th day of February, 2021.

Distribution: All Parties of Record

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana